1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RALPH MCGHEE,                            No.  2:17-cv-1827 AC P

12                    Plaintiff,

13           v.                                ORDER

14    L. LESANE,

15                    Defendant.

16

17          The undersigned recently screened the complaint and ordered service on defendant

18    Lesane.  ECF No. 5.  The court then received a letter from plaintiff in response to the order,

19    stating that he did not file a "motion" against defendant and that whoever filed the motion did so

20    without his knowledge or permission.  ECF No. 11 at 1-2.  It appears from the letter that plaintiff

21    does not want to proceed with the complaint, and he will be required to clarify whether he is

22    seeking to dismiss the complaint.  Plaintiff is free to proceed with this action if he wishes.  In the

23    event plaintiff requests that the action be dismissed, the court will vacate the order directing the

24    CDCR to collect the filing fee from plaintiff's prisoner account.

25    ////

26    ////

27    ////

28    ////

                                             1

1    Accordingly, IT IS HEREBY ORDERED that within fourteen days of service of this

2    order, plaintiff shall complete and return the attached form notifying the court whether he wants

3    to proceed with this action or dismiss the action without prejudice.

4    DATED: February 25, 2020

5

6    _____

     ALLISON CLAIRE

7    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MCGHEE,<br><br>           Plaintiff,<br><br>    v.<br><br>L. LESANE,<br><br>           Defendant. | No. 2:17-cv-1827 AC P<br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

_____ Plaintiff wants to proceed with this action.


_____ Plaintiff wants to dismiss this action without prejudice.


DATED:_____

                                             _____
                                           Ralph McGhee
                                           Plaintiff pro se

1