UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MCGHEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. LESANE,<br><br>　　　　Defendant. | No. 2:17-cv-1827 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice. ECF No. 14. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request will be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice.

2. The February 5, 2020 order directing the CDCR to collect the filing fee from plaintiff's prisoner account, ECF No. 9, is vacated.

3. The CDCR shall cease collecting fees from plaintiff's prison trust account related to this case.

4. The Clerk of the Court is directed to refund to plaintiff any amounts already received for payment of the filing fee in this case.

////

1

5. The Clerk of the Court is directed to serve a copy of this order on the Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

6. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: March 9, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE